**JAKKS PACIFIC, INC. and Edizone Lc, Plaintiffs–Appellants,**

v.

**IMPERIAL TOY CORPORATION,**
Defendant–Appellee.

No. 2006–1277.

United States Court of Appeals,
Federal Circuit.

April 18, 2006.

*ORDER*

Upon consideration of Jakks Pacific, Inc. et al.'s motion to voluntarily dismiss this appeal, from the judgment of the United States District Court for the Central District of California in district court case no. 05–CV–3228,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.